IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY J. OJEDA,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                     Case No. 17-cv-643-bbc

LOUIS WILLIAMS II,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Corey J. Ojeda for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 9/25/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |