IN THE UNITED STAES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
CASE# 17-CV-643-BBC

COREY J. OJEDA
Petitioner

v

LOUIS WILLIAMS, II
Respondent

NOTICE OF APPEAL

COMES NOW petitioner Ojeda, in the above named case hereby appeal the denial of his Petition of Habeas Corpus under 28 U.S.C. §2241 on Sept. 25, 2017 by the Honorable U.S. District Court Judge Barbara B. Crabb of the Western District of Wisconsin.

DATE: 10/ 4 /2017

RESPECTFULLY SUBMITTED:

*Corey Ojeda*

COREY J. OJEDA# 17285-047

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

OXFORD, WISCONSIN 53952